# CIVIL CAUSE FOR SETTLEMENT CONFERENCE

**BEFORE:**   Honorable Leonard D. Wexler
**DATE:**     May 9, 2016
**TIME:**     10:35 to 10:40 (5 Mins.)

**DOCKET:**   14-CV-2208 (LDW)(ARL)
**TITLE:**    Gudge v. 109 Restaurant Corp., et. al.

**APPEARANCES:**
- Plaintiff(s) represented by:
  - **Joshua Samuel Carlo Parkhurst, Esq.**

- Defendant(s) represented by:
  - **Matthew A. Brown, Esq.**

- Court Reporter:     **Mary Ann Steiger**

- Courtroom Deputy:   Eric L. Russo

---

✓  Case called.

✓  Fair Labor Standards Act settlement conference held.

✓  Plaintiff's counsel is directed to file an affidavit justifying the attorney fees as described during the hearing. Said affidavit due **May 31, 2016**.

✓  Once the affidavit is received, a new date for the settlement conference will be set.

✓  Proceedings concluded.