# EXHIBIT B

# Statement

Giles Law Firm LLC

825 Third Avenue
4th Floor
New York, NY 10022

| Date |
| --- |
| 5/30/2016 |

| To: |
| --- |
| Charlena Gudge |

| Amount Due | Amount Enc. |
| --- | --- |
| $48,708.53 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 01/28/2014 | Cafe Royale-<br>#JP.<br>Meeting with C. Gudge<br>--- Deferred Revenue - Contingency, 1.5 @ $400.00 = 600.00 | 600.00 | 600.00 |
| 01/31/2014 | #JP.<br>Telephone call with C. Gudge<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 640.00 |
| 02/05/2014 | #JP.<br>Telephone call with C. Gudge and potential plaintiffs<br>--- Deferred Revenue - Contingency, 0.5 @ $400.00 = 200.00 | 200.00 | 840.00 |
| 03/10/2014 | #JP.<br>Telephone call with C. Gudge<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 880.00 |
| 03/12/2014 | #JP.<br>Draft complaint<br>--- Deferred Revenue - Contingency, 3 @ $400.00 = 1,200.00 | 1,200.00 | 2,080.00 |
| 03/13/2014 | #JP.<br>Continue drafting complaint<br>--- Deferred Revenue - Contingency, 4 @ $400.00 = 1,600.00 | 1,600.00 | 3,680.00 |
| 03/16/2014 | #JP.<br>Continue drafting complaint<br>--- Deferred Revenue - Contingency, 3.5 @ $400.00 = 1,400.00 | 1,400.00 | 5,080.00 |
| 03/17/2014 | #JP.<br>Review and edit complaint<br>--- Deferred Revenue - Contingency, 1 @ $400.00 = 400.00 | 400.00 | 5,480.00 |
| 03/20/2014 | #JP.<br>Telephone call with C. Gudge; edit complaint<br>--- Deferred Revenue - Contingency, 0.8 @ $400.00 = 320.00 | 320.00 | 5,800.00 |
| 04/01/2014 | #CG.<br>Review and redline suggested revisions to complaint<br>--- Deferred Revenue - Contingency, 2 @ $400.00 = 800.00 | 800.00 | 6,600.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 48,708.53 | 0.00 | 0.00 | 0.00 | 0.00 | $48,708.53 |

# Statement

Giles Law Firm LLC

825 Third Avenue
4th Floor
New York, NY 10022

| Date |
|---|
| 5/30/2016 |

| To: |
|---|
| Charlena Gudge |

| Amount Due | Amount Enc. |
|---|---|
| $48,708.53 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 04/01/2014 | #JP.<br>Revise complaint<br>--- Deferred Revenue - Contingency, 1 @ $400.00 = 400.00 | 400.00 | 7,000.00 |
| 04/02/2014 | #JP.<br>Prepare consent to sue form<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 7,040.00 |
| 04/07/2014 | #JP.<br>Revise complaint and prepare for filing<br>--- Deferred Revenue - Contingency, 3.5 @ $400.00 = 1,400.00 | 1,400.00 | 8,440.00 |
| 04/08/2014 | #JP.<br>Review correspondence from court<br>--- Deferred Revenue - Contingency, 0.2 @ $400.00 = 80.00 | 80.00 | 8,520.00 |
| 04/08/2014 | Filing complaint<br>--- Filing Fees $400.00 | 400.00 | 8,920.00 |
| 04/09/2014 | #JP.<br>Review summons; draft correspondence to process server<br>--- Deferred Revenue - Contingency, 0.2 @ $400.00 = 80.00 | 80.00 | 9,000.00 |
| 04/10/2014 | #JP.<br>Review email from process server<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 9,040.00 |
| 04/10/2014 | Metro Attorney Service fee<br>--- Process Server $207.32 | 207.32 | 9,247.32 |
| 04/11/2014 | #JP.<br>Telephone calls with potential plaintifs; email correspondence with C. Gudge; review affidavits of service and filings with court<br>--- Deferred Revenue - Contingency, 1.1 @ $400.00 = 440.00 | 440.00 | 9,687.32 |
| 04/14/2014 | #JP.<br>File affidavit of service<br>--- Deferred Revenue - Contingency, 0.2 @ $400.00 = 80.00 | 80.00 | 9,767.32 |
| 04/21/2014 | #JP.<br>Review email from defendant's attorney<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 9,807.32 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 48,708.53 | 0.00 | 0.00 | 0.00 | 0.00 | $48,708.53 |

# Statement

Giles Law Firm LLC

825 Third Avenue
4th Floor
New York, NY 10022

| Date |
|---|
| 5/30/2016 |

| To: |
|---|
| Charlena Gudge |

| Amount Due | Amount Enc. |
|---|---|
| $48,708.53 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 04/22/2014 | #JP.<br>Draft correspondence to defendant's attorney; review email from defendant's attorney and draft response<br>--- Deferred Revenue - Contingency, 0.9 @ $400.00 = 360.00 | 360.00 | 10,167.32 |
| 04/23/2014 | #JP.<br>Review purported lease agreement; review emails from defendant's attorney; draft response to defendant's attorney; telephone call with C. Gudge<br>--- Deferred Revenue - Contingency, 1.1 @ $400.00 = 440.00 | 440.00 | 10,607.32 |
| 04/24/2014 | #JP.<br>Review state court proceedings; discussion with state court counsel<br>--- Deferred Revenue - Contingency, 3.5 @ $400.00 = 1,400.00 | 1,400.00 | 12,007.32 |
| 05/01/2014 | #JP.<br>Review letters to Court requesting pre-motion conference<br>--- Deferred Revenue - Contingency, 0.5 @ $400.00 = 200.00 | 200.00 | 12,207.32 |
| 05/02/2014 | #JP.<br>Research regarding Federal Court abstention<br>--- Deferred Revenue - Contingency, 3 @ $400.00 = 1,200.00 | 1,200.00 | 13,407.32 |
| 05/05/2014 | #JP.<br>Review cases regarding Federal Court abstention<br>--- Deferred Revenue - Contingency, 0.4 @ $400.00 = 160.00 | 160.00 | 13,567.32 |
| 05/05/2014 | #JP.<br>Telephone call with potential plaintiff<br>--- Deferred Revenue - Contingency, 0.4 @ $400.00 = 160.00 | 160.00 | 13,727.32 |
| 05/06/2014 | #JP.<br>Telephone call with counsel in state court case<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 13,767.32 |
| 05/06/2014 | #JP.<br>Review opposition to motion to compel in state court case<br>--- Deferred Revenue - Contingency, 1 @ $400.00 = 400.00 | 400.00 | 14,167.32 |
| 05/07/2014 | #JP.<br>Draft correspondence to Court regarding defendants' request for pre-motion conference<br>--- Deferred Revenue - Contingency, 1 @ $400.00 = 400.00 | 400.00 | 14,567.32 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 48,708.53 | 0.00 | 0.00 | 0.00 | 0.00 | $48,708.53 |

# Statement

Giles Law Firm LLC

825 Third Avenue
4th Floor
New York, NY 10022

| Date |
|------|
| 5/30/2016 |

| To: |
|-----|
| Charlena Gudge |

| Amount Due | Amount Enc. |
|------------|-------------|
| $48,708.53 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 05/08/2014 | #JP.<br>Draft and revise correspondence to court regarding defendants' request for pre-motion conference<br>--- Deferred Revenue - Contingency, 2 @ $400.00 = 800.00 | 800.00 | 15,367.32 |
| 05/12/2014 | #JP.<br>Review letter from defendants' attorney to Court regarding pre-motion conference<br>--- Deferred Revenue - Contingency, 0.2 @ $400.00 = 80.00 | 80.00 | 15,447.32 |
| 05/20/2014 | #JP.<br>Telephone call with C. Gudge.<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 15,487.32 |
| 05/28/2014 | #JP.<br>Review docket in state court case.<br>--- Deferred Revenue - Contingency, 0.3 @ $400.00 = 120.00 | 120.00 | 15,607.32 |
| 06/02/2014 | #JP.<br>Telephone calls with potential plaintiffs.<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 15,647.32 |
| 06/12/2014 | #JP.<br>Review court order regarding pre-motion conference,<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 15,687.32 |
| 06/18/2014 | #JP.<br>Review e-mail from client, draft response.<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 15,727.32 |
| 07/01/2014 | #JP.<br>Review e-mail from client, draft response.<br>--- Deferred Revenue - Contingency, 1 @ $400.00 = 400.00 | 400.00 | 16,127.32 |
| 07/02/2014 | #JP.<br>Travel to/from court and attend pre-motion conference.<br>--- Deferred Revenue - Contingency, 5.5 @ $400.00 = 2,200.00 | 2,200.00 | 18,327.32 |
| 07/02/2014 | #JP.<br>Zipcar<br>--- Travel $103.88 | 103.88 | 18,431.20 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|----------------------|------------|
| 48,708.53 | 0.00 | 0.00 | 0.00 | 0.00 | $48,708.53 |

# Statement

Giles Law Firm LLC

825 Third Avenue
4th Floor
New York, NY 10022

| Date |
| --- |
| 5/30/2016 |

| To: |
| --- |
| Charlena Gudge |

| Amount Due | Amount Enc. |
| --- | --- |
| $48,708.53 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 07/07/2014 | #JP.<br>Draft e-mail to C. Gudge regarding status of case.<br>--- Deferred Revenue - Contingency, 0.5 @ $400.00 = 200.00 | 200.00 | 18,631.20 |
| 07/11/2014 | #JP.<br>Draft e-mail to plaintiff's attorney in state court action<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 18,671.20 |
| 07/15/2014 | #JP.<br>Draft tolling agreement and send to defendants' attorneys.<br>--- Deferred Revenue - Contingency, 1.5 @ $400.00 = 600.00 | 600.00 | 19,271.20 |
| 07/24/2014 | #JP.<br>Review and edit tolling stipulation<br>--- Deferred Revenue - Contingency, 0.3 @ $400.00 = 120.00 | 120.00 | 19,391.20 |
| 07/24/2014 | #JP.<br>Draft correspondence to court regarding stipulation, draft e-mail to defendant's attorney regarding same<br>--- Deferred Revenue - Contingency, 1 @ $400.00 = 400.00 | 400.00 | 19,791.20 |
| 07/29/2014 | #JP.<br>Draft e-mail to defendant's attorney regarding tolling agreement<br>--- Deferred Revenue - Contingency, 0.3 @ $400.00 = 120.00 | 120.00 | 19,911.20 |
| 07/30/2014 | #JP.<br>Telephone call with defendant's attorney<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 19,951.20 |
| 07/31/2014 | #JP.<br>Revise tolling agreement, draft e-mail to defendant's attorney regarding same.<br>--- Deferred Revenue - Contingency, 0.3 @ $400.00 = 120.00 | 120.00 | 20,071.20 |
| 08/01/2014 | #JP.<br>Telephone call with defendant's attorney regarding tolling agreement.<br>--- Deferred Revenue - Contingency, 0.2 @ $400.00 = 80.00 | 80.00 | 20,151.20 |
| 08/05/2014 | #JP.<br>Review e-mail from defendant's attorney and proposed tolling language.<br>--- Deferred Revenue - Contingency, 0.2 @ $400.00 = 80.00 | 80.00 | 20,231.20 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 48,708.53 | 0.00 | 0.00 | 0.00 | 0.00 | $48,708.53 |

Giles Law Firm LLC

825 Third Avenue
4th Floor
New York, NY 10022

| Date |
| --- |
| 5/30/2016 |

| To: |
| --- |
| Charlena Gudge |

| Amount Due | Amount Enc. |
| --- | --- |
| $48,708.53 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 08/06/2014 | #JP.<br>Draft e-mail to defendant' attorney<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 20,271.20 |
| 08/06/2014 | #JP.<br>Review defendant's motion papers.<br>--- Deferred Revenue - Contingency, 0.5 @ $400.00 = 200.00 | 200.00 | 20,471.20 |
| 08/15/2014 | #JP.<br>Review defendant's motion papers.<br>--- Deferred Revenue - Contingency, 0.3 @ $400.00 = 120.00 | 120.00 | 20,591.20 |
| 08/15/2014 | #JP.<br>Review revised tolling agreement and e-mail from defendant's attorney.<br>--- Deferred Revenue - Contingency, 0.2 @ $400.00 = 80.00 | 80.00 | 20,671.20 |
| 08/19/2014 | #JP.<br>Research regarding abstention section of brief.<br>--- Deferred Revenue - Contingency, 2.5 @ $400.00 = 1,000.00 | 1,000.00 | 21,671.20 |
| 08/20/2014 | #JP.<br>Research regarding arbitration section of brief.<br>--- Deferred Revenue - Contingency, 2.5 @ $400.00 = 1,000.00 | 1,000.00 | 22,671.20 |
| 08/21/2014 | #JP.<br>Review cases for preparation of brief.<br>--- Deferred Revenue - Contingency, 2 @ $400.00 = 800.00 | 800.00 | 23,471.20 |
| 08/25/2014 | #JP.<br>Draft memorandum of law in oppositon to motion to compel arbitration/abstention<br>--- Deferred Revenue - Contingency, 9 @ $400.00 = 3,600.00 | 3,600.00 | 27,071.20 |
| 08/26/2014 | #JP.<br>Draft memorandum of law in opposition to motion to compel arbitration/abstention.<br>--- Deferred Revenue - Contingency, 5 @ $400.00 = 2,000.00 | 2,000.00 | 29,071.20 |
| 08/27/2014 | #JP.<br>Draft corespondence to court regarding motion schedule.<br>--- Deferred Revenue - Contingency, 1 @ $400.00 = 400.00 | 400.00 | 29,471.20 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 48,708.53 | 0.00 | 0.00 | 0.00 | 0.00 | $48,708.53 |

# Statement

Giles Law Firm LLC

825 Third Avenue

4th Floor

New York, NY 10022

| Date |
|------|
| 5/30/2016 |

| To: |
|-----|
| Charlena Gudge |

| Amount Due | Amount Enc. |
|------------|-------------|
| $48,708.53 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 08/29/2014 | #JP.<br>Revise memorandum of law in opposition to motion compel arbitration/abstention.<br>--- Deferred Revenue - Contingency, 1 @ $400.00 = 400.00 | 400.00 | 29,871.20 |
| 09/02/2014 | #JP.<br>Research for and revision of brief in opposition to motion to compel arbitration/abstention<br>--- Deferred Revenue - Contingency, 7 @ $400.00 = 2,800.00 | 2,800.00 | 32,671.20 |
| 09/03/2014 | #JP.<br>Finalize brief in opposition to motion to compel arbitration/abstention.<br>--- Deferred Revenue - Contingency, 5.5 @ $400.00 = 2,200.00 | 2,200.00 | 34,871.20 |
| 09/16/2014 | #JP.<br>Review reply papers, file opposition papers.<br>--- Deferred Revenue - Contingency, 1 @ $400.00 = 400.00 | 400.00 | 35,271.20 |
| 10/08/2014 | #JP.<br>Review docket in state court case.<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 35,311.20 |
| 10/21/2014 | #JP.<br>Draft e-mail to C. Gudge.<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 35,351.20 |
| 10/22/2014 | #JP.<br>Telephone cal with C. Gudge<br>--- Deferred Revenue - Contingency, 0.2 @ $400.00 = 80.00 | 80.00 | 35,431.20 |
| 11/18/2014 | #JP.<br>Review court docket in state court case.<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 35,471.20 |
| 12/30/2014 | #JP.<br>Review state court docket.<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 35,511.20 |
| 05/27/2015 | #JP.<br>Telephone call with C. Gudge.<br>--- Deferred Revenue - Contingency, 0.4 @ $400.00 = 160.00 | 160.00 | 35,671.20 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|----------------------|------------|
| 48,708.53 | 0.00 | 0.00 | 0.00 | 0.00 | $48,708.53 |

Giles Law Firm LLC

825 Third Avenue

4th Floor

New York, NY 10022

| Date |
|------|
| 5/30/2016 |

| To: |
|-----|
| Charlena Gudge |
|  |

| Amount Due | Amount Enc. |
|------------|-------------|
| $48,708.53 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 06/22/2015 | #JP.<br>Review state court docket.<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 35,711.20 |
| 07/21/2015 | #JP.<br>Review e-mail from C. Gudge, draft response.<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 35,751.20 |
| 07/23/2015 | #JP.<br>Draft e-mail to C. Gudge, review response.<br>--- Deferred Revenue - Contingency, 0.2 @ $400.00 = 80.00 | 80.00 | 35,831.20 |
| 07/23/2015 | #JP.<br>Telephone call with C. Gudge.<br>--- Deferred Revenue - Contingency, 0.3 @ $400.00 = 120.00 | 120.00 | 35,951.20 |
| 07/27/2015 | #JP.<br>Review state court docket.<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 35,991.20 |
| 08/06/2015 | #JP.<br>Review decision on defendants' motion to compel arbitration and draft e-mail to C. Gudge regarding same.<br>--- Deferred Revenue - Contingency, 0.6 @ $400.00 = 240.00 | 240.00 | 36,231.20 |
| 08/12/2015 | #JP.<br>Review letter from defendants' attorney to court.<br>--- Deferred Revenue - Contingency, 0.3 @ $400.00 = 120.00 | 120.00 | 36,351.20 |
| 08/12/2015 | #JP.<br>Draft e-mail to C. Gudge and review response.<br>--- Deferred Revenue - Contingency, 0.2 @ $400.00 = 80.00 | 80.00 | 36,431.20 |
| 08/13/2015 | #JP.<br>Review court order, draft e-mail to C. Gudge regarding same,<br>--- Deferred Revenue - Contingency, 0.2 @ $400.00 = 80.00 | 80.00 | 36,511.20 |
| 08/23/2015 | #JP.<br>Prepare for hearing and meeting with client.<br>--- Deferred Revenue - Contingency, 0.5 @ $400.00 = 200.00 | 200.00 | 36,711.20 |
| 08/24/2015 | #JP.<br>Meeting with client to prepare for hearing.<br>--- Deferred Revenue - Contingency, 1.5 @ $400.00 = 600.00 | 600.00 | 37,311.20 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|----------------------|------------|
| 48,708.53 | 0.00 | 0.00 | 0.00 | 0.00 | $48,708.53 |

# Statement

Giles Law Firm LLC

825 Third Avenue
4th Floor
New York, NY 10022

| Date |
|---|
| 5/30/2016 |

| To: |
|---|
| Charlena Gudge |

| Amount Due | Amount Enc. |
|---|---|
| $48,708.53 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 08/24/2015 | #JP.<br>Travel to/from and attend hearing on motion to compel arbitration.<br>--- Deferred Revenue - Contingency, 8 @ $400.00 = 3,200.00 | 3,200.00 | 40,511.20 |
| 08/24/2015 | #JP.<br>Zipcar rental for court hearing.<br>--- Travel $105.58 | 105.58 | 40,616.78 |
| 09/09/2015 | #JP.<br>Draft e-mail to client regarding settlement discussions<br>--- Deferred Revenue - Contingency, 0.4 @ $400.00 = 160.00 | 160.00 | 40,776.78 |
| 09/09/2015 | Zipcar toll<br>--- Travel $11.75 | 11.75 | 40,788.53 |
| 09/10/2015 | #JP.<br>Draft settlement demand to defendants' attorney<br>--- Deferred Revenue - Contingency, 0.5 @ $400.00 = 200.00 | 200.00 | 40,988.53 |
| 09/17/2015 | #JP.<br>Review e-mail from defendant's attorney<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 41,028.53 |
| 09/18/2015 | #JP.<br>Draft e-mail to defendants' attorneys<br>--- Deferred Revenue - Contingency, 0.3 @ $400.00 = 120.00 | 120.00 | 41,148.53 |
| 09/21/2015 | #JP.<br>Review e-mail from defendants' attorney<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 41,188.53 |
| 10/05/2015 | #JP.<br>Draft e-mail to defendant's attorney regarding settlement, draft e-mail to C. Gudge regarding same.<br>--- Deferred Revenue - Contingency, 0.3 @ $400.00 = 120.00 | 120.00 | 41,308.53 |
| 10/19/2015 | #JP.<br>Telephone call and e-mail with defendant's attorney.<br>--- Deferred Revenue - Contingency, 0.3 @ $400.00 = 120.00 | 120.00 | 41,428.53 |
| 10/20/2015 | #JP.<br>Telephone call with defendant's attorney.<br>--- Deferred Revenue - Contingency, 0.2 @ $400.00 = 80.00 | 80.00 | 41,508.53 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 48,708.53 | 0.00 | 0.00 | 0.00 | 0.00 | $48,708.53 |

# Statement

Giles Law Firm LLC

825 Third Avenue
4th Floor
New York, NY 10022

| Date |
|---|
| 5/30/2016 |

| To: |
|---|
| Charlena Gudge |

| | Amount Due | Amount Enc. |
|---|---|---|
| | $48,708.53 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 10/29/2015 | #JP.<br>Telephone call with client.<br>--- Deferred Revenue - Contingency, 0.3 @ $400.00 = 120.00 | 120.00 | 41,628.53 |
| 11/02/2015 | #JP.<br>Draft settlement proposal to defendants' attorneys.<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 41,668.53 |
| 11/02/2015 | #JP.<br>Telephone call with C. Gudge.<br>--- Deferred Revenue - Contingency, 0.2 @ $400.00 = 80.00 | 80.00 | 41,748.53 |
| 11/09/2015 | #JP.<br>Telephone call with C. Gudge.<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 41,788.53 |
| 11/11/2015 | #JP.<br>Telephone call with defendants' counsel, review e-mail from same.<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 41,828.53 |
| 11/16/2015 | #JP.<br>Telephone call with defendants' attorneys.<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 41,868.53 |
| 11/17/2015 | #JP.<br>Draft e-mail to C. Gudge.<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 41,908.53 |
| 11/18/2015 | #JP.<br>Draft e-mail to defendants' attorney.<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 41,948.53 |
| 11/18/2015 | #JP.<br>Telephone call with C. Gudge.<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 41,988.53 |
| 12/03/2015 | #JP.<br>Telephone call with defendants' attorney.<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 42,028.53 |
| 12/16/2015 | #JP.<br>Telephone call with C. Gudge.<br>--- Deferred Revenue - Contingency, 0.2 @ $400.00 = 80.00 | 80.00 | 42,108.53 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 48,708.53 | 0.00 | 0.00 | 0.00 | 0.00 | $48,708.53 |

# Statement

Giles Law Firm LLC

825 Third Avenue

4th Floor

New York, NY 10022

| Date |
|---|
| 5/30/2016 |

| To: |
|---|
| Charlena Gudge |

| Amount Due | Amount Enc. |
|---|---|
| $48,708.53 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 01/06/2016 | #JP.<br>Telephone call with defendant's attorney.<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 42,148.53 |
| 01/18/2016 | #JP.<br>Review and revise settlement agreement.<br>--- Deferred Revenue - Contingency, 2.5 @ $400.00 = 1,000.00 | 1,000.00 | 43,148.53 |
| 02/04/2016 | #JP.<br>Telephone call with defendant's attorney.<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 43,188.53 |
| 02/05/2016 | #JP.<br>Review e-mail from defendant's attorney and revised settlement agreement, draft response.<br>--- Deferred Revenue - Contingency, 0.3 @ $400.00 = 120.00 | 120.00 | 43,308.53 |
| 02/08/2016 | #JP.<br>Review revised settlement agreement.<br>--- Deferred Revenue - Contingency, 1 @ $400.00 = 400.00 | 400.00 | 43,708.53 |
| 02/09/2016 | #JP.<br>Review edited settlement agreement, draft e-ail to C. Gudge and defendant's attorney, review e-mail fro defendant's attorney.<br>--- Deferred Revenue - Contingency, 0.5 @ $400.00 = 200.00 | 200.00 | 43,908.53 |
| 02/22/2016 | #JP.<br>Telephone call with defendant's attorney.<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 43,948.53 |
| 02/23/2016 | #JP.<br>Review settlement agreement.<br>--- Deferred Revenue - Contingency, 0.5 @ $400.00 = 200.00 | 200.00 | 44,148.53 |
| 02/24/2016 | #JP.<br>E-Mail correspondence with defendant's attorney regarding settlement.<br>--- Deferred Revenue - Contingency, 0.2 @ $400.00 = 80.00 | 80.00 | 44,228.53 |
| 02/26/2016 | #JP.<br>Review revised settlement agreement and forward to C. Gudge.<br>--- Deferred Revenue - Contingency, 0.5 @ $400.00 = 200.00 | 200.00 | 44,428.53 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 48,708.53 | 0.00 | 0.00 | 0.00 | 0.00 | $48,708.53 |

# Statement

Giles Law Firm LLC

825 Third Avenue
4th Floor
New York, NY 10022

| Date |
| --- |
| 5/30/2016 |

| To: |
| --- |
| Charlena Gudge |

| Amount Due | Amount Enc. |
| --- | --- |
| $48,708.53 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 02/29/2016 | #JP.<br>Telephone call with K. Gudge.<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 44,468.53 |
| 03/02/2016 | #JP.<br>Review e-mail from C. Gudge, forward settlement agreement to defendant's attorney.<br>--- Deferred Revenue - Contingency, 0.2 @ $400.00 = 80.00 | 80.00 | 44,548.53 |
| 03/08/2016 | #JP.<br>Review e-mail from defendant's attorney, draft response.<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 44,588.53 |
| 03/21/2016 | #JP.<br>Revie e-mail and signed settlement.<br>--- Deferred Revenue - Contingency, 0.2 @ $400.00 = 80.00 | 80.00 | 44,668.53 |
| 03/23/2016 | #JP.<br>Review e-mail from defendant's attorney, draft response.<br>--- Deferred Revenue - Contingency, 0.2 @ $400.00 = 80.00 | 80.00 | 44,748.53 |
| 03/28/2016 | #JP.<br>Review e-mail from defendant's attorney.<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 44,788.53 |
| 03/28/2016 | #JP.<br>Draft letter to court.<br>--- Deferred Revenue - Contingency, 0.3 @ $400.00 = 120.00 | 120.00 | 44,908.53 |
| 03/29/2016 | #JP.<br>Review court order.<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 44,948.53 |
| 03/30/2016 | #JP.<br>Draft e-mail to K. Gudge.<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 44,988.53 |
| 04/25/2016 | #JP.<br>Draft correspondence to court.<br>--- Deferred Revenue - Contingency, 0.4 @ $400.00 = 160.00 | 160.00 | 45,148.53 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 48,708.53 | 0.00 | 0.00 | 0.00 | 0.00 | $48,708.53 |

# Statement

Giles Law Firm LLC

825 Third Avenue
4th Floor
New York, NY 10022

| Date |
| --- |
| 5/30/2016 |

| To: |
| --- |
| Charlena Gudge |

| Amount Due | Amount Enc. |
| --- | --- |
| $48,708.53 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 04/27/2016 | #JP.<br>Telephone call with court, draft follow up correspondence seeking settlement approval.<br>--- Deferred Revenue - Contingency, 0.4 @ $400.00 = 160.00 | 160.00 | 45,308.53 |
| 04/28/2016 | #JP.<br>Edit and file correspondence with court.<br>--- Deferred Revenue - Contingency, 0.2 @ $400.00 = 80.00 | 80.00 | 45,388.53 |
| 05/02/2016 | #JP.<br>Review order from court, draft e-mail to defendant's attorney re: same.<br>--- Deferred Revenue - Contingency, 0.2 @ $400.00 = 80.00 | 80.00 | 45,468.53 |
| 05/05/2016 | #JP.<br>Draft e-mail to C. Gudge.<br>--- Deferred Revenue - Contingency, 0.1 @ $400.00 = 40.00 | 40.00 | 45,508.53 |
| 05/09/2016 | #JP.<br>Travel to/from and attend court appearance.<br>--- Deferred Revenue - Contingency, 2.5 @ $400.00 = 1,000.00 | 1,000.00 | 46,508.53 |
| 05/09/2016 | #JP.<br>Draft E-Mail to K. Gudge, review response.<br>--- Deferred Revenue - Contingency, 1 @ $400.00 = 400.00 | 400.00 | 46,908.53 |
| 05/10/2016 | #JP.<br>Review e-mails from client, draft response.<br>--- Deferred Revenue - Contingency, 0.5 @ $400.00 = 200.00 | 200.00 | 47,108.53 |
| 05/11/2016 | #JP.<br>Research and review cases re - fee application for FLSA cases.<br>--- Deferred Revenue - Contingency, 0.5 @ $400.00 = 200.00 | 200.00 | 47,308.53 |
| 05/16/2016 | #JP.<br>Prepare declaration in support of fee application.<br>--- Deferred Revenue - Contingency, 2 @ $400.00 = 800.00 | 800.00 | 48,108.53 |
| 05/30/2016 | #JP.<br>Prepare and revise declaration in support of fee application.<br>--- Deferred Revenue - Contingency, 1.5 @ $400.00 = 600.00 | 600.00 | 48,708.53 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 48,708.53 | 0.00 | 0.00 | 0.00 | 0.00 | $48,708.53 |