FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   JUN 14 2016   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CHARLENE GUDGE, on behalf of herself and
all others similarly situated,

                                     Plaintiff,

    -against-

109 RESTAURANT CORP. d/b/a Café Royale,
JOHN DOXEY, and JOHN DOES 1-100,

                                    Defendants.
----------------------------------------------------------X

MEMORANDUM AND ORDER

CV-14-2208

(Wexler, J.)

WEXLER, District Judge:

This case alleges violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* (the "FLSA") and parallel provisions of New York State law by the Defendants. The Court has considered the parties' submissions, including the Confidential Negotiated Settlement Agreement and General Release ("Settlement") executed by the Plaintiff and Defendants, the issues discussed on the record at the conference held on May 9, 2015, as well as the Declaration of Joshua Parkhurst filed on May 31, 2016, and hereby approves the settlement, including attorneys' fees in the amount of $22,500. See Cheeks v. Freeport Pancake House, et. al, 796 F.3d 199 (2d Cir. 2015) (requiring court approval of private stipulated dismissals with prejudice of FLSA claims). Further, for the reasons stated on the record at the May 9 conference, the Court grants the parties' joint request that the Settlement be filed under seal, which shall be done within one week of this order. This action is hereby dismissed with prejudice.

SO ORDERED:

                                                        s/ Leonard D. Wexler
                                                        _____
                                                        LEONARD D. WEXLER
                                                        UNITED STATES DISTRICT JUDGE

Central Islip, New York
June 14, 2016